JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation, and PELEUS INSURANCE COMPANY, formerly known as COLONY NATIONAL INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | Case No. 2:16-cv-01258-CAS(Ex)<br><br>[Hon. Christina A. Snyder, Courtroom 8D]<br><br>**[PROPOSED] ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**Case Filing Date:** February 24, 2016<br>**Trial Date:** March 13, 2018 |
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>COLONY INSURANCE COMPANY, a Virginia corporation, and PELEUS INSURANCE COMPANY, formerly known as COLONY NATIONAL INSURANCE COMPANY, a Virginia corporation,<br><br>Counter-Defendants. | |

{00144168.DOCX 1} 1

| | |
|---|---|
| 1 | Good cause having been shown, the above-referenced action is dismissed |
| 2 | without prejudice, each party bearing its own costs and attorneys' fees. |
| 3 | IT IS SO ORDERED. |
| 4 | *[signature: Christina A. Snyder]* |
| 5 | DATED: November 21, 2017 |
| 6 | HON. CHRISTINA A. SNYDER |
| | JUDGE OF THE UNITED STATES |
| 7 | DISTRICT COURT |